1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12  IN RE: BEXTRA AND CELEBREX           )  Case No. ~~05-2415 CRB~~  C-13-1523 CRB
    MARKETING SALES PRACTICES AND        )
13  PRODUCT LIABILITY LITIGATION         )  MDL NO. 1699
                                         )  District Judge: Charles R. Breyer
14  _____      )
                                         )
15  Erma Smith, Individually and on behalf of John )
    Smith,                               )  **STIPULATION AND ORDER OF**
16                                       )  **DISMISSAL WITH PREJUDICE**
                  Plaintiffs,            )
17                                       )
              vs.                        )
18                                       )
    Pfizer Inc., et al.                  )
19                                       )
                  Defendants.            )
20  _____

21      Come now the Plaintiff, Erma Smith, Individually and on behalf of John Smith, and

22  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

23  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

24  the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

25

26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: _____, 2009     MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

DATED: _____, 2009     DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 10, 2013

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE