1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. ~~05-2415 CRB~~  C-13-1523 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Erma Smith, Individually and on behalf of John Smith,<br><br>                Plaintiffs,<br><br>         vs.<br><br>Pfizer Inc., et al.<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Erma Smith, Individually and on behalf of John Smith, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: _____, 2009        MATTHEWS & ASSOCIATES

By: _(signed)_
David P. Matthews
*Attorneys for Plaintiffs*

DATED: _____, 2009        DLA PIPER LLP (US)

By:_____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 10, 2013      _____
Hon. Charles R. Breyer
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE